UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                       No. 2:05-cv-1838-MCE-GGH

      Plaintiff,

  v.                                    **RECUSAL ORDER**

HERBERT K. YEE, and INEZ F. YEE, each Individually and each as Trustees of the HERBERT K. YEE and INEZ F. YEE REVOCABLE TRUST; and DOES 1-10 inclusive,

      Defendants.
_____/

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.  The undersigned recuses himself as the judge to whom this case is assigned;

    2.  All currently scheduled dates in the above-captioned action are VACATED;

///

///

1

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

4. That this case is reassigned to the Honorable Frank C. Damrell. Henceforth the caption on all documents filed in the reassigned case shall be 2:05-cv-1838-FCD-GGH.

IT IS SO ORDERED.

DATED: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE