1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 FAIR OAKS BLVD., SUITE B-1
   CARMICHAEL, CA 95608
3  TELEPHONE:  (916) 487-5441
   FACSIMILE:   (916) 487-5440

ATTORNEYS FOR HERBERT AND INEZ YEE, INDIVIDUALLY AND
EACH AS TRUSTEE OF THE HERBERT K. YEE AND INEZ F YEE
REVOCABLE TRUST

SCOTT JOHNSON
LAW OFFICE OF SCOTT JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
CARMICHAEL, CA 95608
TELEPHONE:  (916) 485-3516
FACSIMILE:   (916) 485-3516

ATTORNEY FOR PLAINTIFF, SCOTT JOHNSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>Herbert K. Yee and Inez F. Yee, Each Individually and Each as Trustees of the Herbert K. Yee and Inez F Yee Revocable Trust; and Does 1 Through 10, Inclusive,<br><br>    Defendants. | Case No.: 02:05-CV-1838-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br>**FRCP 41(a)(1)** |

TO THE COURT AND ALL PARTIES:

Plaintiff SCOTT N. JOHNSON ("Plaintiff") and Defendants Herbert K. Yee and Inez F. Yee, Each Individually and Each as Trustees of the Herbert K. Yee and Inez F Yee Revocable Trust ("Defendants") have reached settlement of all claims brought by Plaintiff in the above entitled Action, and have executed a Mutual Release and Settlement Agreement.

///

///

- 1 -

1  Pursuant to said Mutual Release and Settlement Agreement between Plaintiff and Defendants, the parties, by and through counsel of record, hereby stipulate to the dismissal **with prejudice** of this Action in entirety, including but not limited to attorney's fees, expenses, costs and any and all claims alleged whatsoever in this Action.

Outside of the terms of the Mutual Release and Settlement Agreement, each party is to bear its own attorneys fees and costs.

IT IS HEREBY STIPULATED by and between all parties to this Action that this Action, and all of Plaintiff's claims therein against all parties, be dismissed **with prejudice** pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: February 17, 2006                     LAW OFFICE OF SCOTT JOHNSON

                                             By: _Scott N. Johnson_
                                                  SCOTT N. JOHNSON
                                                  Attorney for Plaintiff

Dated: February 21, 2006                     CORFEE STONE & ASSOCIATES

                                             By: _Catherine M. Corfee_
                                                  CATHERINE M. CORFEE
                                                  Attorneys for Defendants, Herbert K. Yee and Inez
                                                  F. Yee, Each Individually and Each as Trustees of
                                                  the Herbert K. Yee and Inez F Yee Revocable Trust

### ORDER

IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with prejudice in entirety.

Dated: February 23, 2006

_[signature]_
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE